UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MANCINAS, | No. 2:16-cv-2806-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EDMOND G. BROWN, JR., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has submitted the required trust account statement but has not submitted an affidavit in support of his application for leave to proceed in forma pauperis.

Accordingly, plaintiff has 30 days from the date of service of this order to submit an affidavit in support of his application for leave to proceed in forma pauperis. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order will result in dismissal of this action.

So ordered.

Dated: February 23, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE